IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | <u>I N D I C T M E N T</u> |
| | ) | |
| Plaintiff, | ) | **5 : 19  C R  699** |
| | ) | |
| v. | ) | CASE NO._____ |
| | ) | Title 18, United States Code, |
| JON CHESTNUTWOOD, | ) | Sections 2252(a)(2) and |
| | ) | 2252A(a)(5)(B) |
| Defendant. | ) | |

**JUDGE BOYKO**

<u>COUNT 1</u>
(Receipt and Distribution of Visual Depictions of Real Minors Engaged In Sexually Explicit
Conduct, 18 U.S.C. § 2252(a)(2))

The Grand Jury charges:

1.   From on or about May 18, 2019 through on or about June 26, 2019, in the

Northern District of Ohio, Eastern Division, and elsewhere, Defendant JON CHESTNUTWOOD

did knowingly receive and distribute, using any means and facility of interstate and foreign

commerce, numerous computer files, which files contained visual depictions of real minors

engaged in sexually explicit conduct, and which files had been shipped and transported in and

affecting interstate and foreign commerce, as defined in Title 18, United States Code,  Section

2256(2), in violation of Title 18, United States Code, Section 2252(a)(2).

<u>COUNT 2</u>
(Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B))

The Grand Jury further charges:

2.   On or about October 1, 2019, in the Northern District of Ohio, Eastern Division,

Defendant JON CHESTNUTWOOD did knowingly possess a Micro SD card that contained

child pornography as defined in Title 18, United States Code, Section 2256(8), which child

pornography had been shipped and transported in interstate and foreign commerce by any means,

including by computer, and which was produced using materials which had been shipped and

transported in interstate and foreign commerce by any means, including by computer, and at least

one image involved in the offense involved a prepubescent minor or a minor who had not

attained 12 years of age, in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government

Act of 2002.